IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-1686 |
| | : | |
| **JOHN WETZEL**, *et al.* | : | |

# ORDER

**AND NOW**, this 4th day of March 2021, upon considering the Petition for a writ of habeas corpus under section 2254 (ECF Doc. No. 1), Response (ECF Doc. No. 11), no timely Reply after three extensions, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

2. We **DENY** a certificate of appealability; and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**